**Order entered April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01545-CV

**GERALD ALEXANDER AND ALL OTHER OCCUPANTS OF
2713 CARMEL DR, CARROLLTON, TX 75006, Appellant**

**V.**

**WELLS FARGO BANK, NA SUCCESSOR BY MERGER TO
WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA
MORTGAGE FSB F/K/A WORLD SAVINGS BANK, FSB, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-12-06478-E**

## ORDER

The Court has before it appellee's April 4, 2013 motion to dismiss for failure to prosecute. The Court **DENIES** the motion at this time. The Court **ORDERS** appellant to file his brief within ten days of the date of this order. If appellant does not do so, this appeal may be dismissed without further notice.

/s/     ELIZABETH LANG-MIERS
        JUSTICE